UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JOSEPH,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. R. HAWKINS,,<br><br>    Defendant. | No. 2:15-cv-0332 JAM KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding pro se. This action proceeds on plaintiff's claims that Dr. Hawkins was deliberately indifferent to plaintiff's serious medical needs while plaintiff was housed at Mule Creek State Prison in 2014. On December 27, 2016, while housed at High Desert State Prison, plaintiff filed a motion asking the court to "re-issue a housing order due to enmery [sic] restrictions in California State Prison, Sacramento." (ECF No. 28.) Plaintiff asked to be housed in the Sacramento County Jail due to alleged enemy restrictions. Plaintiff provided a list of non-confidential offender separation alerts, but did not identify the inmate on the list.

      Plaintiff's motion is deficient in several respects. First, plaintiff's motion is not supported with sufficient facts. Second, this court has not previously issued a housing order concerning any enemy restrictions for plaintiff. Plaintiff did not provide a copy of any prior housing order for the court's review. Third, plaintiff's central file should contain a list of plaintiff's known enemies.

1

Plaintiff did not indicate whether the enemy he is concerned about is listed on plaintiff's list of known enemies.  Finally, in this action, no defendants are located at High Desert State Prison, where plaintiff was housed when he submitted the motion, or at California State Prison, Sacramento, where it appears he contends he has enemy restrictions.  This court is unable to issue an order against individuals who are not parties to a suit pending before it.  See <u>Zenith Radio Corp. v. Hazeltine Research, Inc.</u>, 395 U.S. 100, 112 (1969).

For all of the above reasons, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 28) is denied without prejudice.

Dated:  January 6, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/jose0332.den

2