1 | KATHLEEN A. KENEALY, State Bar No. 212289
Acting Attorney General of California
2 | JON S. ALLIN, State Bar No. 155069
Supervising Deputy Attorney General
3 | MATTHEW ROSS WILSON, State Bar No. 236309
Deputy Attorney General
4 | 1300 I Street, Suite 125
P.O. Box 944255
5 | Sacramento, CA 94244-2550
Telephone: (916) 322-6372
6 | Fax: (916) 324-5205
E-mail: Matthew.Wilson@doj.ca.gov
7 | *Attorneys for Defendant Hawkins*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALONZO JOSEPH,**<br><br>                                    Plaintiff,<br><br>   v.<br><br>**R. HAWKINS, et al.,**<br><br>                                    Defendants. | 2:15-cv-00332-JAM-KJN<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND PROPOSED ORDER**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiff Alonzo Joseph and the defendant Hawkins stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party shall bear its own costs and attorney's fees. There is no prevailing party in this action.

It is so stipulated.

Dated: January 18, 2017                    Respectfully submitted,

*/s/ Alonzo Joseph*

Alonzo Joseph
*Plaintiff Pro Se*

Dated: January 20, 2017                    KATHLEEN A. KENEALY
Acting Attorney General of California
JOHN S. ALLIN
Supervising Deputy Attorney General

*/s/ Matthew Ross Wilson*

MATTHEW ROSS WILSON
Deputy Attorney General
*Attorneys for Defendant Hawkins*

## ORDER

Based on the parties' stipulation (ECF No. 34), this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 24, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/jose0332.stip